|     |                                                                                      |
| --- | ------------------------------------------------------------------------------------ |
| 1   |                                                                                      |
| 2   |                                                                                      |
| 3   |                                                                                      |
| 4   |                                                                                      |
| 5   |                                                                                      |
| 6   |                                                                                      |
| 7   |                                                                                      |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Civil No. 12cv646 L (KSC) |
| Plaintiff, | ) ) | **ORDER GRANTING MOTION TO DISMISS DEFENDANT JAMES T. MICELI [doc. #33]** |
| v. | ) ) | |
| SW ARGYLL INVESTMENTS, LLC; JAMES T. MICELI, DOUGLAS A. McCLAIN, JR.; AMERIFUND CAPITAL FINANCE, LLC and JEFFREY SPANIER | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiff has provided information that defendant James T. Miceli is deceased. Accordingly, plaintiff's motion to dismiss claims against Mr. Miceli only is **GRANTED**.

**IT IS SO ORDERED.**

DATED: October 22, 2014

_____
M. James Lorenz
United States District Court Judge

COPY TO:

HON. KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL