JOHN J. BOWERS
Assistant Chief Litigation Counsel
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549
Telephone:  (202) 551-4645
Facsimile:  (703) 813-9359
Email:  BowersJ@sec.gov
Admitted *pro hac vice* (NC 23950)
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SW ARGYLL INVESTMENTS, LLC (d/b/a ARGYLL INVESTMENTS, LLC),<br>JAMES T. MICELI,<br>DOUGLAS A. MCCLAIN, JR.,<br>AMERIFUND CAPITAL FINANCE, LLC, and JEFFREY SPANIER,<br><br>Defendants. | Case No. 12-cv-00646-L-KSC<br><br>**NOTICE OF DISMISSAL AS TO SW ARGYLL INVESTMENTS, LLC (d/b/a ARGYLL INVESTMENTS, LLC)** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission (the "Commission") hereby provides notice of dismissal, without prejudice, of claims in the Complaint as to SW Argyll Investments, LLC (d/b/a Argyll Investments, LLC). This notice shall have no effect on the Commission's Complaint and claims against other

Defendants in this action.

Dated:  May 14, 2018

                        Respectfully submitted,

                        *s/John J. Bowers*
                        JOHN J. BOWERS
                        Assistant Chief Litigation Counsel
                        SECURITIES AND EXCHANGE
                        COMMISSION
                        100 F Street, N.E.
                        Washington, DC  20549
                        Telephone:  (202) 551-4645
                        Facsimile:  (703) 813-9359
                        Email:  BowersJ@sec.gov
                        Admitted *pro hac vice* (NC 23950)
                        Attorney for Plaintiff