JOHN J. BOWERS
Assistant Chief Litigation Counsel
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549
Telephone:  (202) 551-4645
Facsimile:  (703) 813-9359
Email:  BowersJ@sec.gov
Admitted *pro hac vice* (NC 23950)
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SW ARGYLL INVESTMENTS, LLC (d/b/a ARGYLL INVESTMENTS, LLC),<br>JAMES T. MICELI,<br>DOUGLAS A. MCCLAIN, JR.,<br>AMERIFUND CAPITAL FINANCE, LLC, and JEFFREY SPANIER,<br><br>Defendants. | Case No. 12-cv-00646-L-KSC<br><br>**NOTICE OF DISMISSAL AS TO AMERIFUND CAPITAL FINANCE, LLC** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Securities and Exchange Commission (the "Commission") hereby provides notice of dismissal, without prejudice, of claims in the Complaint as to AmeriFund Capital Finance, LLC ("AmeriFund").  This notice shall have no effect on the Commission's Complaint and claims against other Defendants in this action.

Dated: May 13, 2019

    Respectfully submitted,

    *s/John J. Bowers*
    JOHN J. BOWERS
    Assistant Chief Litigation Counsel
    SECURITIES AND EXCHANGE COMMISSION
    100 F Street, N.E.
    Washington, DC  20549
    Telephone:  (202) 551-4645
    Facsimile:  (703) 813-9359
    Email:  BowersJ@sec.gov
    Admitted *pro hac vice* (NC 23950)
    Attorney for Plaintiff