UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISISON,<br><br>   Plaintiff,<br><br>v.<br><br>SW ARGYLL INVESTMENTS, LLC (d/b/a/ ARGYLL INVESTMENTS, LLC), JAMES T. MICELI, DOUGLAS A. MCCLAIN, JR., AMERIFUND CAPITAL FINANCE, LLC, and JEFFREY SPANIER,<br><br>   Defendants. | Case No.: 3:12-cv-0646-L-KSC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR JUDGMENT [Doc. 81]; AND FINAL JUDGMENT AS TO DEFENDANT JEFFREY SPAINER** |

# **FINAL JUDGMENT AS TO**

# **DEFENDANT JEFFREY SPANIER**

The Securities and Exchange Commission having filed a Complaint and Defendant Jeffrey Spanier ("Spanier") having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment; waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 15(a) of the Exchange Act [15 U.S.C. § 78o(a)] by, without being registered with the Commission as a broker or dealer or an associated person of a broker-dealer, acting as a broker or dealer and making use of the mails or any other means or instrumentality of interstate commerce to effect any transaction in, or to induce or attempt to induce the purchase or sale of, any security.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Spanier is liable for disgorgement of ill-gotten gains and prejudgment interest thereon of $2,057,185.29. This amount shall be deemed satisfied by the judgment entered in *U.S. v. Spanier*, 3:16-cr-01545-BEN (S.D. Cal.) ("*U.S. v. Spanier*") (Docket No. 192), which orders Defendant to pay restitution of $20,669,379.98.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent of Defendant Spanier is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523, the allegations in the Complaint are true and admitted by Defendant Spanier, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendant of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. §523(a)(19).

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

VI.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

**IT IS SO ORDERED.**

Dated:  May 15, 2019

_____
Hon. M. James Lorenz
United States District Judge